Order entered March 26, 2020



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00196-CV

**A.W.E., Appellant**

**V.**

**D.M.F.N., Appellee**

### On Appeal from the 254th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-18-11265

## ORDER

Before the Court is the March 25, 2020 request of court reporter LaToya Young for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **March 27, 2020**.

/s/    ROBERT D. BURNS, III
         CHIEF JUSTICE